```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 15594
    SHIRLEY A MOORER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8878


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 06/17/2008 and was confirmed 09/18/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  11.77%.

       The case was dismissed after confirmation 01/08/2009.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
   HSBC BANK USA              CURRENT MORTG     1722.21          .00         1722.21
   HSBC BANK USA              MORTGAGE ARRE         .00          .00             .00
   HSBC BANK                  MORTGAGE NOTI  NOT FILED          .00             .00
   ECAST SETTLEMENT           UNSECURED         2392.08          .00             .00
   ECAST SETTLEMENT           UNSECURED         3505.33          .00             .00
   CASHNET                    UNSECURED       NOT FILED          .00             .00
   DEVON FINANCIAL SERVICE    UNSECURED          656.16          .00             .00
   DISTRICT FINANCIAL SERVI   UNSECURED       NOT FILED          .00             .00
   FAST CASH                  UNSECURED       NOT FILED          .00             .00
   HSBC BANK NEVADA/HSBC CA   UNSECURED          754.73          .00             .00
   HSBC BANK NEVADA/HSBC CA   NOTICE ONLY     NOT FILED          .00             .00
   JEFFERSON CAPITAL SYSTEM   UNSECURED       NOT FILED          .00             .00
   LITTLE CO MARY HOSPITAL    UNSECURED       NOT FILED          .00             .00
   LITTLE COMPANY MARY HOSP   NOTICE ONLY     NOT FILED          .00             .00
   NATIONAL QUICK CASH        UNSECURED       NOT FILED          .00             .00
   ONE CLICK CASH             UNSECURED       NOT FILED          .00             .00
   PAYDAY LOANS INC           UNSECURED       NOT FILED          .00             .00
   PPGC                       UNSECURED       NOT FILED          .00             .00
   QUICK PAYDAY               UNSECURED       NOT FILED          .00             .00
   ST FRANCIS HOSPITAL        UNSECURED       NOT FILED          .00             .00
   ST FRANCIS HOSPITAL        UNSECURED       NOT FILED          .00             .00
   SONIC PAYDAY LOAN          UNSECURED       NOT FILED          .00             .00
   UNIVERSAL CASH             UNSECURED       NOT FILED          .00             .00
   VERONICA D JOYNER          UNSECURED       NOT FILED          .00             .00
   TERRENCE PETTY             NOTICE ONLY     NOT FILED          .00             .00
   SAMUEL IRBY                NOTICE ONLY     NOT FILED          .00             .00
   HSBC BANK USA              MORTGAGE NOTI  NOT FILED          .00             .00
   AMERICASH LOANS            UNSECURED         2304.73          .00             .00
   TIMOTHY K LIOU             REIMBURSEMENT     283.20           .00          283.20
   TIMOTHY K LIOU             DEBTOR ATTY     3,500.00                       1,203.84
   TOM VAUGHN                 TRUSTEE                                          248.99
   DEBTOR REFUND              REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15594 SHIRLEY A MOORER
```

```
       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,458.24

PRIORITY                                              283.20
SECURED                                             1,722.21
UNSECURED                                                .00
ADMINISTRATIVE                                      1,203.84
TRUSTEE COMPENSATION                                  248.99
DEBTOR REFUND                                            .00
                       ---------------        ---------------
TOTALS                   3,458.24               3,458.24
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 03/10/09                /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE









                              PAGE   2
          CASE NO. 08 B 15594 SHIRLEY A MOORER